## (November 20, 1939.)

BLINRIG REALTY CORPORATION, Respondent, v. THE MASTAN COMPANY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

LILLIAN FLECK, Respondent, v. HELEN FLECK, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of ISABEL NICHOLS, as Executrix, etc., of LEO PLACID BURROWS, Late of the City of Yonkers, Deceased. RALPH EARL PRIME, JR., and Another, as Trustees under the Last Will and Testament of RALPH E. PRIME, Deceased, Appellants; ISABEL NICHOLS, as Executrix, etc., Respondent.— Motion to dismiss appeal in so far as it purports to be taken from a decree of the Surrogate's Court of Westchester county dated March 2, 1938, granted, without costs, and appeal to that extent dismissed, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ. [See *post*, p. 807.]

In the Matter of the Application of MORTON L. CUMMINGS, Appellant, for an Order of Mandamus against RAYMOND V. INGERSOLL, as President of the Borough of Brooklyn of the City of New York, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

LOUIS A. KISSLING and Others, as Trustees of the Community Recovery Fund under and by Virtue of a Certain Trust Indenture Dated July 3, 1934, Appellants, v. DAVID SKOLKIN and Others, Defendants, and THE WILLSON & ADAMS COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MORTGAGE COMMISSION REALTY CORPORATION, etc., as Trustee for Certificate Holders of Guaranty No. 185,978 of the Bond and Mortgage Guarantee Company, Respondent, v. COLUMBIA HEIGHTS GARAGE CORPORATION, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MILDRED VAN DORN and MARY LUNNAY, Respondents, v. W. H. JACKSON AUTO SALES, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.